# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALDRIDGE NOLAN,<br><br>   Petitioner,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | NO. 3:17-cv-1124<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 13th day of March, 2018, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge William I. Arbuckle's Report and Recommendation (Doc. 5) is **ADOPTED**.

(2) Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED**.


                                                  /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge